UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT K. KWAN<br><br>v.<br><br><br>SCENA WEBB<br>DIRECTOR, INDUSTRY OPERATIONS<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES<br>1521 FIRST AVE.<br>SEATTLE, WA<br><br>BRIAN T. MORAN<br>UNITED STATES ATTORNEY<br>700 STEWART ST., SUITE 5220<br>SEATTLE, WA 98101<br><br>MATTHEW G. WHITAKER<br>ACTING U.S. ATTORNEY<br>950 PENNSYLVANIA AVE. N.W.<br>WASHINGTON, D.C. 20530 | Civil Action No. |

**COMPLAINT**

*Albert K. Kwan v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
Case No.
COMPLAINT4.wpd

1

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016

**Jurisdiction**

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. §923(f)(3).
2. Plaintiff Albert K. Kwan is a U.S. citizen who lives in Bellevue, Washington within the Western District of Washington.
3. Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF) is a federal agency involved in the regulation of the sale and purchase of firearms.

**Facts**

4. On June 13, 2017, Albert K. Kwan of Bellevue, Washington (Applicant) filed an Application for Firearms License, ATFE Form 7 dated May 15, 2017, as a Dealer in Firearms other than Destructive Devices pursuant to the Gun Control Act of 1968 (GCA), as amended, 18 U.S.C. Chapter 44, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).
5. The GCA mandates that ATF issue a Federal firearms license to qualified applicant. 18 U.S.C. §923(c); 27 C.F.R. §478.47(a).
6. On March 14, 2018,, Justin Lomax, Acting Director, Industry Operations, Seattle Field Division issued a Notice to Deny Application for License, ATF Form 4498 to the Applicant.
7. By letter dated March 23, 2018, the Applicant timely submitted a request for a hearing to review that Notice.
8. The hearing was held on September 12, 2018, at the ATF Seattle Field Division office
9. On December 10, 2018, the ATF issued its Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License ATF Form 5300.13.
10. Plaintiff respectfully requests, pursuant to 18 U.S.C. §923(f)(3), a *de novo* review by this court of the determination referenced in paragraph 9 of this complaint, plus such other relief that the plaintiffs may be entitled to.

*Albert K. Kwan v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
Case No.
COMPLAINT4.wpd

2

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016

/s/ *Eric R. Stahlfeld*
Eric R. Stahlfeld
Counsel for Albert K. Kwan
Law Office of Eric Stahlfeld
145 S.W. 155th St., #101
Seattle, WA 98166
Phone: 206.248.8016
Email: stahlfelde@aol.com

/s/ *Jpseph R. Conte*
Joseph R. Conte
Counsel for Albert K. Kwan
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax: 202.628.0249
Email: dcgunlaw@gmail.com

**DEFENDANT WILL BE SERVED VIA CERTIFIED MAIL:**

U.S. Attorney General Matthew G. Whitaker
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney Brian T. Moran
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Scena Webb
Director, Industry Operations
Seattle Field Division
1521 First Ave. South, Suite 600
Seattle, WA 98134

*Albert K. Kwan v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
Case No.
COMPLAINT4.wpd

1

Law Offices of Joseph R. Conte
400 Seventh St., N.W., Suite 400
Washington, D.C. 20004
202.638.4100

Law Offices of Eric R. Stahlfeld
145 S.W. 155th St., Suite 101
Seattle, WA 98166
206.248.8016